| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MINNESOTA<br>ST. PAUL DIVISION | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**FAHRNER, STEVEN J.** | Name of Joint Debtor (Spouse)  (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fka STEMS AND VINES, INC** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Social Security/Tax Identification No. (if more than one, state all):<br>**XXX-XX-1323** | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**5230 GIRARD AVE S<br>MPLS, MN 55419** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**HENNEPIN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**   (Check one box) | | |
|---|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | | | | |

| **Nature of Debts**   (Check one box) | | **Filing Fee**   (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | | |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information**   (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01)                                                                                                FORM B1, Page 2

| **Voluntary Petition (page 2)** *(This page must be completed and filed in every case)* | Name of Debtor(s):  **STEVEN J. FAHRNER** |
|---|---|

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ STEVEN J. FAHRNER
  **STEVEN J. FAHRNER**

**X** _____

Telephone Number (If not represented by an attorney)

**01/05/2004**
Date

### Signature of Attorney

**X** /s/ Barbara J. May
  **Barbara J. May**                          Bar No. **129689**

**Barbara J. May Attorney at Law**
**4105 N. Lexington Ave**
**Suite 310**
**Arden Hills, MN 55126**

Phone No. **(651) 486-8887**      Fax No. **(651) 486-8890**

01/05/2004
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

**01/05/2004**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

‥    Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** /s/ Barbara J. May                          01/05/2004
  **Barbara J. May**                              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

‥    Yes, and Exhibit C is attached and made a part of this petition.

þ    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:   **STEVEN J. FAHRNER**                                          CASE NO

                                                                        CHAPTER    **7**

# SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $329,000.00 | | |
| B - Personal Property | Yes | 4 | $331,328.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $528,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $382,018.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $973,364.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,894.41 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,837.00 |
| Total Number of Sheets of ALL Schedules > | | 19 | | | |
| Total Assets > | | | $660,328.00 | | |
| Total Liabilities > | | | | $1,883,382.00 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER,  Debtor**                    CASE NO

                                                          CHAPTER    **7**

## <u>SCHEDULE A (REAL PROPERTY)</u>

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| HOMESTEAD<br>5230 GIRARD AVE SOUTH, MINNEAPOLIS, MN<br>LEGALLY DESCRIBED AS: CLARKES HARRIET PARK ADDN TO MPLS LOT 028<br>LOCATED IN HENNEPIN COUNTY | **FEE SIMPLE** | - | **$329,000.00** | **$143,000.00** |
| | | | **$329,000.00** | **$143,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                         CASE NO

                                                                                              CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT AT THRIVENT | - | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | NORMAL HOUSEHOLD GOODS | - | $5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | NORMAL WEARING APPAREL | - | $1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | LIFE INSURANCE THROUGH FIRST COLONY, TERM POLICIES, NO CASH VALUE, ONE FOR HUSBAND, ONE FOR WIFE | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | **Total >** | **$6,500.00** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

CHAPTER     **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | 403 B PLAN THROUGH CATHOLIC ELDERCARE, MANAGED BY PRUDENTIAL | - | **$46,000.00** |
| | | 401K SEED CAPITAL GROUP | - | **$3,600.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 20% OF 49% OWNERSHIP "STEMS AND VINES, INC.".  DEBTOR IS ENTITLED TO 20% OF ALL PROFITS OF BUSINESS. NORTECH AND PLAZA ONE ARE MEMBERS NORTHERN FLOWERS LLC, WHICH DOES BUSINESS AS STEMS AND VINES | - | **Unknown** |
| | | 20% of NORTECH FOREST TECHNOLOGIES, INC., HAS NO VALUE 1,522,966 SHARES (F.L FLORAL MERGED WITH NORTECH) | - | **$0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | NORTECH FOREST TECHNOLOGIES OWES DEBTOR $85,000, $47,000, $45,000, $25,000, $10,000 FOR LOANS TO CORPORATION IN 1999 THROUGH 2001 (THIS AMOUNT IS UNCOLLECTIBLE.  THIS CORPORATION IS BURIED IN TAX DEBT AND LITIGATION) | - | **$212,000.00** |
| | | $30,000 RETAINER WITH LINCOLNSHIRE, LLC, 864 FORD CENTRE, 420 NORTH FIFTH CENTER, MPLS, MINNESOTA 55401 | - | **$30,000.00** |
| | | | **Total  >** | **$298,100.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                CHAPTER    **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 SAAB | - | $2,200.00 |
| 24. Boats, motors, and accessories. | X | | | |
| | | | **Total  >** | **$300,300.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | "STEMS AND VINES" DOMAIN NAME, OWNED AS .COM, .NET, .ORG<br>DEBTOR OWNS THIS NAME.  IT GENERATES $40,000 A YEAR, OF WHICH 20% IS PROFIT | - | $30,000.00 |
| | | FUNDS GARNISHED BY LS AQUISITION, $240 EVERY 2 WEEKS | - | $1,028.00 |
| | | | Total  > | $331,328.00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

IN RE:  **STEVEN J. FAHRNER**                                      CASE NO

                                                                   CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

  ¨   11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

  þ   11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                                 domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                                 portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                                 or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| HOMESTEAD 5230 GIRARD AVE SOUTH, MINNEAPOLIS, MN <br><br> LEGALLY DESCRIBED AS: CLARKES HARRIET PARK ADDN TO MPLS LOT 028 <br><br> LOCATED IN HENNEPIN COUNTY | MS §§ 510.01, 510.02 | $186,000.00 | $329,000.00 |
| NORMAL HOUSEHOLD GOODS | MS § 550.37 subd. 4(b) | $5,000.00 | $5,000.00 |
| NORMAL WEARING APPAREL | MS § 550.37 subd. 4(a) | $1,500.00 | $1,500.00 |
| LIFE INSURANCE THROUGH FIRST COLONY, TERM POLICIES, NO CASH VALUE, ONE FOR HUSBAND, ONE FOR WIFE | MS § 550.37 subd. 23 | $0.00 | $0.00 |
| 403 B PLAN THROUGH CATHOLIC ELDERCARE, MANAGED BY PRUDENTIAL | MS § 550.37 subd. 24 | $46,000.00 | $46,000.00 |
| 401K SEED CAPITAL GROUP | MS § 550.37 subd. 24 | $3,600.00 | $3,600.00 |
| 1987 SAAB | MS §§ 510.01, 510.02 | $2,200.00 | $2,200.00 |
|  |  | **$244,300.00** | **$387,300.00** |

IN RE: **STEVEN J. FAHRNER**

_____

_____ Debtor _____

CASE NO _____

_____ (If Known) _____

_____

_____ Joint Debtor _____

CHAPTER  **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

·· Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**NORTHEAST BANK**<br>**77 BROADWAY NE**<br>**MINNEAPOLIS, MN  55413** | X | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**MORTGAGE**<br>COLLATERAL:<br>**HOMESTEAD**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$261,000.00** | | | | $50,000.00 | |
| ACCT #:<br><br>**REHMANN, INC**<br>**10785 LEAPING DEER LANE**<br>**EDEN PRAIRIE, MN  55344** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**MORTGAGE**<br>COLLATERAL:<br>**HOMESTEAD**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$211,000.00** | | | | $25,000.00 | |
| ACCT #:<br><br>**STEARNS NATIONAL BANK ASSOCIATION**<br>**131 5TH ST**<br>**ALBANY, MN  56307** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**SECURITY AGREEMENT**<br>COLLATERAL:<br>**20% of NORTECH INC., HAS NO VALUE 1,522,966 SHARES**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$0.00** | | | | $385,000.00 | $385,000.00 |
| ACCT #:<br><br>**TEACHER FEDERAL CREDIT UNION**<br>**PO BOX 1260**<br>**MINNEAPOLIS, MN  55440-1260** | X | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**MORTGAGE**<br>COLLATERAL:<br>**HOMESTEAD**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$329,000.00** | | | | $68,000.00 | |
| ACCT #: | | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br>COLLATERAL VALUE: | | | | | |

_____**No**_____continuationsheets attached

| | | |
|---|---|---|
| **Total for this Page (Subtotal) >** | $528,000.00 | $385,000.00 |
| **Running Total >** | $528,000.00 | $385,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                             CASE NO

                                                                          CHAPTER    **7**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

¨   Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

¨   **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

¨   **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,650\* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

¨   **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

¨   **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,650\* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

¨   **Deposits by individuals**
*Claims of individuals up to a maximum of $2,100\* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

¨   **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

þ   **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

¨   **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

¨   **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.  The amounts shown above were effective beginning April 1, 2001.*

_____**1**_____continuation sheets attached

IN RE: **STEVEN J. FAHRNER**

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

_Continuation Sheet No. 1_

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**SPECIAL PROCEDURES BRNCH**<br>**316 N ROBERT ST**<br>**STE 389**<br>**ST PAUL MN 55101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**941 TAXES**<br>REMARKS: | | | | $92,405.00 | $92,405.00 |
| ACCT #:<br>**MINNESOTA DEPART OF ECONOMIC SECURITY**<br>**UNEMPLOYMENT INSURANCE TAX**<br>**390 N ROBERT ST**<br>**ST PAUL, MN 55101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**UNEMPLOYMENT COMP TAXES**<br>REMARKS: | | | | Unknown | Unknown |
| ACCT #:<br>**MINNESOTA DEPARTMENT OF REVENUE**<br>**PO BOX 64651**<br>**ST PAUL, MN 55164** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**PERSONAL LIABILITY CORP DEBT**<br>REMARKS: | | | | $289,613.00 | $289,613.00 |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | | |
| | | | | | Total for this Page (Subtotal) > | | $382,018.00 | $382,018.00 |
| | | | | | Running Total > | | $382,018.00 | $382,018.00 |

IN RE: **STEVEN J. FAHRNER**
_____
Debtor

CASE NO _____
(If Known)

_____
Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

¨   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **UNKNOWN**<br>**ALLEN AND ELEANOR CROONE**<br>**812 NEVADA**<br>**NORTHFIELD, MN  55057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**JUDGMENT**<br>REMARKS: | | | | $72,200.00 |
| ACCT #:  **UNKNOWN**<br>**ASSOCIATED BANK**<br>**1901 RIVERSIDE AVENUE**<br>**MINNEAPOLIS, MN  55454** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**JUDGMENT**<br>REMARKS: | | | | $70,400.00 |
| ACCT #:  **5588578000078232**<br>**CITIBUSINESS SELECT CARD**<br>**PO BOX 9718**<br>**HAGERSTOWN, MD  21749** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS CREDIT CARD**<br>REMARKS: | | | | $10,900.00 |
| ACCT #:  **UNKNOWN**<br>**CITICAPITAL**<br>**PO BOX 8500-9805**<br>**PHILADELPHIA, PA  19178** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS EQUIPMENT**<br>REMARKS: | | | | Unknown |
| ACCT #:  **UNKNOWN**<br>**DON ROSACKER**<br>**18299 ERIN BAY**<br>**EDEN PRAIRIE, MN  55447** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | Unknown |
| ACCT #:  **UNKNOWN**<br>**EVERFLORA**<br>**700 E NORTHWEST HIGHWAY**<br>**DES PLAINES, IL  60016** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $200,000.00 |
| ACCT #:  **4246311936638987**<br>**FIRST USA/BANK ONE**<br>**PO BOX 15548**<br>**WILMINGTON, DE  19886** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS CREDIT CARD**<br>REMARKS: | | | | $10,500.00 |

_____**4**_____continuationsheets attached

Total for this Page (Subtotal) >   $364,000.00
Running Total >   $364,000.00

IN RE:  **STEVEN J. FAHRNER**

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **UNKNOWN**<br>**FTD/FTDI**<br>**3113 WOODCREEK DRIVE**<br>**DOWNERS GROVE, IL  60515** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $170,800.00 |
| ACCT #:<br>**HELLER GE CAPITAL**<br>**3000 LAKESIDE DR, SUITE 200N**<br>**BANNOCKBURN, IL   60015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**CONTINGENT LIABILITY FOR LEASE**<br>REMARKS: | X | X | | $24,000.00 |
| ACCT #:  **UNKNOWN**<br>**KOEHLER & DRAMM**<br>**LS ACQUISITIONS**<br>**2407 E HENNEPIN**<br>**MPLS, MN  55413** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**JUDGMENT**<br>REMARKS: | | | | $97,630.00 |
| ACCT #:  **UNKNOWN**<br>**LARKIN, HOFFMAN, DALY & LINDGREN**<br>**1500 WELLS FARGO PLAZA**<br>**7900 XERXES AVE S**<br>**BLOOMINGTON, MN  55431** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:  **DC CT 03-006812**<br>**LS ACQUISITIONS**<br>**C/O ROBERT L MELLER JR.**<br>**225 S 6TH ST, SUITE 4000**<br>**MPLS, MN  55402** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**JUDGMENT**<br>REMARKS: | | | | $97,110.00 |
| ACCT #:  **4800121388585000**<br>**MBNA AMERICA**<br>**PO BOX 15137**<br>**WILMINGTON DE 19886-5137** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS CREDIT CARD**<br>REMARKS: | | | | $14,583.00 |
| ACCT #:  **UNKNOWN**<br>**MICHAEL DEVELOPMENT**<br>**120 PLAZA SOUTH**<br>**1433 UTICA AVE S**<br>**MPLS, MN  55416** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LEASE/ASSUMED BY NORTHERNFLOWERS**<br>REMARKS: | | | | **Unknown** |

| | |
|---|---|
| Total for this Page (Subtotal) > | $414,123.00 |
| Running Total > | $778,123.00 |

IN RE: **STEVEN J. FAHRNER**

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **UNKNWOWN**<br>**MINN DEPT OF REVENUE**<br>**551 BKCY SECTION**<br>**PO BOX 64447**<br>**ST PAUL MN 55164** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**TAXES**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **UNKNOWN**<br>**MURRAY HENNEN**<br>**601 CARLSON PKWY**<br>**HOPKINS, MN 55305** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT/LEGAL**<br>REMARKS: | | | | **$10,000.00** |
| ACCT #: **UNKNOWN**<br>**NORTHERN FLOWERS LLC**<br>**2315 18TH AVE NE**<br>**MPLS, MN 55418** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **UNKNOWN**<br>**OSBORNE PROPERTIES**<br>**LIMITED PARTNERSHIP**<br>**NORTHFIELD, MN 55057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LEASE**<br>REMARKS: | | | | **$72,170.00** |
| ACCT #: **UNKNOWN**<br>**PASTER ENTERPRISES**<br>**2227 UNIVERSITY AVE W**<br>**ST PAUL MN 55114** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LEASE/ASSUMED BY SEED CAPITAL**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **UNKNOWN**<br>**PLAZA ONE, INC**<br>**9617 OAK RIDGE TRAIL**<br>**MINNETONKA, MN 55305** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **UNKNOWN**<br>**SANDY BARTOSH**<br>**1697 IVORY AVE N**<br>**LAKE ELMO, MN** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT, ASSUMED BY SEED CAPITAL**<br>REMARKS: | | | | **$30,000.00** |

Total for this Page (Subtotal) > **$112,170.00**

Running Total > **$890,293.00**

IN RE:  **STEVEN J. FAHRNER**

_____

Debtor

CASE NO _____

(If Known)

_____

Joint Debtor

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT#:  **UNKNOWN**<br>**SEED CAPITAL GROUP LLC**<br>**SEED SMC LLC**<br>**701 XENIA AVE S #250**<br>**GOLDEN VALLEY, MN  55416** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **Unknown** |
| ACCT#:  **UNKNOWN**<br>**STINSON MARKET PLACE, LLC**<br>**1850 STINSON BLVD**<br>**MPLS, MN  55418** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS LEASE**<br>REMARKS: | | | | **Unknown** |
| ACCT#:  **UNKNOWN**<br>**TELEFLORA**<br>**AMERICAN FLORAL SERVICES INC**<br>**11444 W OLYMPIC BLVD**<br>**LOS ANGELE, CA  90064** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **Unknown** |
| ACCT#:  **UNKNOWN**<br>**TRI-STAR MANAGEMENT**<br>**701 XENIA AVE S #250**<br>**GOLDEN VALLEY, MN  55416** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **Unknown** |
| ACCT#:  **30094417098**<br>**US BANK**<br>**PO BOX 5830**<br>**PORTLAND, OR  97228** | | | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT LINE**<br>REMARKS: | | | | **$52,448.00** |
| ACCT#:  **4833492000184931**<br>**US BANK**<br>**PO BOX 108**<br>**ST LOUIS, MO  63166** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS CREDIT CARD**<br>REMARKS: | | | | **$12,623.00** |
| ACCT#:  **UNKNOWN**<br>**VALERIE DUVERNET**<br>**EDEN PRAIRIE, MN** | | | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$3,000.00** |

Total for this Page (Subtotal) >  **$68,071.00**

Running Total >  **$958,364.00**

IN RE: **STEVEN J. FAHRNER**
_____
Debtor

CASE NO _____
(If Known)

_____
Joint Debtor

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **UNKNOWN**<br>**VANS FLORAL PRODUCTS INC**<br>**1311 WEST RANDOLPH**<br>**CHICAGO, IL  60607** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $15,000.00 |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |

|  |  |
|---|---|
| Total for this Page (Subtotal) > | $15,000.00 |
| Running Total > | $973,364.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                                    CHAPTER    **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

þ   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                              CASE NO

                                                                                          CHAPTER    **7**

## <u>SCHEDULE H (CODEBTORS)</u>

¨    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KRISTI ERICKSON**<br>5230 GIRARD AVE S<br>MPLS, MN | **REHMANN, INC**<br>10785 LEAPING DEER LANE<br>EDEN PRAIRIE, MN   55344 |
| **KRISTI ERICKSON**<br>5230 GIRARD AVE S<br>MPLS, MN | **NORTHEAST BANK**<br>77 BROADWAY NE<br>MINNEAPOLIS, MN  55413 |
| **KRISTI ERICKSON**<br>5230 GIRARD AVE S<br>MPLS, MN | **TEACHER FEDERAL CREDIT UNION**<br>PO BOX 1260<br>MINNEAPOLIS, MN  55440-1260 |
| **Spouse Name Not Entered** | **NORTHEAST BANK**<br>77 BROADWAY NE<br>MINNEAPOLIS, MN  55413 |
| **Spouse Name Not Entered** | **TEACHER FEDERAL CREDIT UNION**<br>PO BOX 1260<br>MINNEAPOLIS, MN  55440-1260 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                 CHAPTER    **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | DAUGHTER | 21 | DAUGHTER | | | |
| | DAUGHTER | 17 | DAUGHTER | | | |
| | DAUGHTER | 13 | DAUGHTER | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | CONSULTANT | |
| Name of Employer | CATHOLIC ELDERCARE | |
| How Long Employed | | |
| Address of Employer | | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,622.00 | $4,950.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$2,622.00** | **$4,950.00** |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $393.00 | $830.00 |
| B. Social Security Tax | $200.59 | $414.00 |
| C. Insurance | $0.00 | $326.00 |
| D. Union dues | $0.00 | $58.00 |
| E. Retirement | $800.00 | $656.00 |
| F. Other (specify) _____ | $0.00 | $0.00 |
| G. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$1,393.59** | **$2,284.00** |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$1,228.41** | **$2,666.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
| 1._____ | $0.00 | $0.00 |
| 2._____ | $0.00 | $0.00 |
| 3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$1,228.41** | **$2,666.00** |

**TOTAL COMBINED MONTHLY INCOME  $3,894.41**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**DEBTOR ALSO DOES CONSULTING FOR STAR GROUP, LLC, ON A PART TIME BASIS**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                      CASE NO

                                                                 CHAPTER    **7**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

¨    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of  expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rental for mobile home) | $1,200.00 |
| Are real estate taxes included?       þ Yes    ¨  No | |
| Is property insurance included?       þ Yes    ¨  No | |
| **Utilities:**   Electricity and heating fuel | $270.00 |
|                     Water and sewer | $40.00 |
|                     Telephone | $75.00 |
|                     Other: CABLE, CELL | $95.00 |
| Home maintenance (repairs and upkeep) | $55.00 |
| Food | $500.00 |
| Clothing | $250.00 |
| Laundry and dry cleaning | $55.00 |
| Medical and dental expenses (not covered by insurance) | $200.00 |
| Transportation (not including car payments) | $200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | |
| **Insurance**   (not deducted from wages or included in home mortgage payments) | |
|                     Homeowner's or renter's | $134.00 |
|                     Life | $75.00 |
|                     Health | |
|                     Auto | $323.00 |
|                     Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | $320.00 |
| Specify: PROPERTY TAXES | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
|                     Auto | |
|                     Other: MORTGAGE | $300.00 |
|                     Other: MORTGAGE | $300.00 |
|                     Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other:   See attached personal expenses | $345.00 |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$4,837.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income
B. Total projected monthly expenses (including separate spouse budget if applicable)
C. Excess income (A minus B)
D. Total amount to be paid into plan each                                    (interval)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                        CASE NO

                                                                              CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| GLASSES/CONTACTS | **$50.00** |
| GROOMING | **$100.00** |
| POSTAGE | **$5.00** |
| SCHOOL LUNCHES | **$90.00** |
| MISC SCHOOL EXPENSES | **$100.00** |
| **Total >** | **$345.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                              CASE NO

                                                                                                    CHAPTER     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### *DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR*

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     __**20**__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  01/05/2004                                      Signature   **/s/ STEVEN J. FAHRNER**
                                                                                        *STEVEN J. FAHRNER*

Date  01/05/2004                                      Signature

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                    CASE NO

                                                              CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

---

None
..

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| $28767 | 2003 ytd |
| $62426 | 2002 ytd |
| $63577 | 2001 ytd |

---

None
..

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $12215.00 | 2003 YTD |
| $55307.00 | 2002 |
| $63522.00 | 2001 |

---

None
b

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
b

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
..

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|-----------------------|
| ASSOCIATED BANK 1901 RIVERSIDE AVENUE MINNEAPOLIS, MN  55454 | COLLECTION | HENNEPIN COUNTY | JUDGMENT ENTERED |
| OSBORNE PROPERTIES LIMITED PARTNERSHIP NORTHFIELD, MN  55057 | COLLECTION | HENNEPIN COUNTY | JUDGMENT ENTERED |
| LS ACQUISITIONS C/O ROBERT L MELLER JR. | CIVIL LITIGATION | HENNEPIN COUNTY | JUDGMENT ENTERED |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

225 S 6TH ST, SUITE 4000
MPLS, MN  55402

| | | | |
|---|---|---|---|
| **TELEFLORA AMERICAN FLORAL SERVICES INC 11444 W OLYMPIC BLVD LOS ANGELE, CA  90064** | **COLLECTION** | **HENNEPIN COUNTY** | **JUDGMENT ENTERED** |
| **HELLER GE CAPITAL 3000 LAKESIDE DR, SUITE 200N BANNOCKBURN, IL  60015** | **SUIT FOR BREACHED LEASE** | **HENNEPIN COUNTY** | **DISMISSED** |
| **SEED CAPITAL GROUP LLC SEED SMC LLC 701 XENIA AVE S #250 GOLDEN VALLEY, MN  55416** | **SUIT OVER USE OF DOMAIN NAME "STEMSANDVINES"** | **FEDERAL COURT, FOURTH DIVISION MINNESOTA** | **PENDING** |
| **ALLEN AND ELEANOR CROONE 812 NEVADA NORTHFIELD, MN  55057** | **CIVIL LITIGATION** | **HENNEPIN COUNTY** | **JUDGMENT ENTERED** |
| **FTD/FTDI 3113 WOODCREEK DRIVE DOWNERS GROVE, IL  60515** | **COLLECTION** | **RAMSEY COUNTY** | **PENDING** |

None
..

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| LS ACQUISITIONS C/O ROBERT L MELLER JR. 225 S 6TH ST, SUITE 4000 MPLS, MN  55402 | EVERY TWO WEEKS | 240/ EVERY TWO WEEKS ALSO, $132.84 IN DECEMBER, 2003 |

### 5. Repossessions, foreclosures and returns

None
b

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
b

    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

IN RE:  **STEVEN J. FAHRNER**                                        CASE NO

                                                                    CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
þ

    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed,  unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None
þ

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts  or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None
þ

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None
..

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Barbara J. May Attorney at Law** **4105 N. Lexington Ave** **Suite 310** **Arden Hills, MN 55126** | **10/14/03** | **$3,700.00** |

## 10. Other transfers

None
..

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **DEBTOR ESTABLISHED A TRUST FOR HIS KIDS IN 7/02.  HE LIQUIDATED IT IN 10/03 TO PAY $30,000 RETAINER TO A LAWFIRM FOR CONTINUED LITIGATION FOR DOMAIN NAME AND TO FEDERAL AND STATE TAXES** | | **$30,000** **$16,636** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                        CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

**DEBTOR EMPTIED HIS IRA TO PAY STATE**    11/03              $55,000
**AND FEDERAL TAXES, THE LEGAL RETAINER**
**FOR BANKRUPTCY, TOOK A FAMILY**
**VACATION AND THE REMAINDER WENT FOR**
**LIVING EXPENSES**

**DEBTOR SOLD RENEW REHAB IN 1998,**
**INVESTED PROCEEDS INTO FLORAL**
**BUSINESS STEMS AND VINES**

**DEBTOR SOLD 51% INTEREST IN STEMS**    6/02              $300,000
**AND VINES TO SEED CAPITAL GROUP IN 6/02**

                                                                        **USED THE PROCEEDS TO PAY**
                                                                        **VENDORS AND TAX LIENS**

**DEBTOR SOLD 1999 VOLKSWAGON PASSAT**
**TO STAR GROUP FOR $5500.00 IN**
**SEPTEMBER, 2003, LIVED ON PROCEEDS**

**SOLD VOLKSWAGON JETTA FOR $10600.**    11/1/03          **LEONARD ERICKSON**
**DEBTOR RECEIVED 1/2 OF PROCEEDS FOR**
**HIS 1/2 OWNERSHIP INTEREST**

**DEBTOR ROLLED 2 TRADITIONAL IRA**
**ACCOUNTS AND HIS 401K PLAN TO THE**
**403B PLAN,**

**DEBTOR LIQUIDATED 2 ROTH IRA'S AND**                      $5463
**USED FOR STATE AND FEDERAL TAXES,**
**PENALTY FOR EARLY WITHDRAWAL AND**
**LIVING EXPENSES**

**DEBTOR LIQUIDATED $360.44 IN JOHNSON**
**AND JOHNSON AND COCA COLA STOCK**
**AND USED IT FOR LIVING EXPENSES.**

---

### 11. Closed financial accounts

None
**··**
        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE AND NUMBER OF |  |
|  | ACCOUNT AND AMOUNT | AMOUNT AND DATE OF |
| NAME AND ADDRESS OF INSTITUTION | OF FINAL BALANCE | SALE OR CLOSING |

**DEBTOR CLOSED A BANK ACCOUNT HELD**
**JOINTLY WITH HIS DAUGHTER AT TCF, ALSO**
**CLOSED ONE WITH ANOTHER DAUGHTER AT**
**WELLS FARGO.  ALSO CLOSED ACCT AT**
**BULLSEYE CREDIT UNION, WAS A DORMANT**
**ACCOUNT**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                 CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

#### 12. Safe deposit boxes

None
þ

        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories
of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 13. Setoffs

None
þ

        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 14. Property held for another person

None
þ

        List all property owned by another person that the debtor holds or controls.

---

#### 15. Prior address of debtor

None
þ

        If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of
either spouse.

---

#### 16. Spouses and Former Spouses

None
þ

        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the
community property state.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                                 CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
þ
    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
þ
    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
þ
    c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None
··
    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **F.L. FLORAL, F. L. PROPERTIES, F.L. FLOWERS (DEBTOR WAS FORMERLY A 50% SHAREHOLDER.  MERGED WITH NORTECH)** | **FLORIST** | **11/25/98** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                    CASE NO

                                                              CHAPTER     **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

| RENEW REHABILITATION | PHYSICAL REHAB | SOLD IN 1997 FOR $210,000, BOUGHT FLORIST BUSINESS |
|---|---|---|

None
þ

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
þ

a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
þ

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
þ

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
þ

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None
þ

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
þ

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                      CASE NO

                                                                  CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

---

**21. Current Partners, Officers, Directors and Shareholders**

None
þ

    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
þ

    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
þ

    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
þ

    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
þ

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
þ

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
þ

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**

CASE NO

CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 8*

### *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**9**_____ sheets, and that they are true and correct.

Date __01/05/2004__

Signature __/s/ STEVEN J. FAHRNER_____
of Debtor    ***STEVEN J. FAHRNER***

Date __01/05/2004__

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                      CASE NO

*Debtor(s)*                                                                    CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$3,700.00** |
| Prior to the filing of this statement I have received: | **$3,700.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
    þ  Debtor            ¨  Other (specify)

3. The source of compensation to be paid to me is:
    þ  Debtor            ¨  Other (specify)

4. þ  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ¨  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **INCLUDES FILING FEE**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation in adversary litigation, motions, 707b objections, rescheduling due to failure to appear, adding unlisted creditors**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **01/05/2004** | **/s/ Barbara J. May** |
| *Date* | *Barbara J. May* |
| | Barbara J. May Attorney at Law |
| | 4105 N. Lexington Ave |
| | Suite 310 |
| | Arden Hills, MN 55126 |

---

**/s/ STEVEN J. FAHRNER**
*STEVEN J. FAHRNER*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **STEVEN J. FAHRNER**                                                    CASE NO

        *Debtor(s)*                                                              CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| 20% of NORTECH INC., HAS NO VALUE 1,522,966 SHARES | STEARNS NATIONAL BANK ASSOCIATION 131 5TH ST ALBANY, MN  56307 |

*b. Property to Be Retained.*  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| HOMESTEAD | NORTHEAST BANK 77 BROADWAY NE MINNEAPOLIS, MN  55413 | ·· | ·· | ·· | þ |
| HOMESTEAD | REHMANN, INC 10785 LEAPING DEER LANE EDEN PRAIRIE, MN  55344 | ·· | ·· | ·· | þ |
| HOMESTEAD | TEACHER FEDERAL CREDIT UNION PO BOX 1260 MINNEAPOLIS, MN  55440-1260 | ·· | ·· | ·· | þ |

Date  01/05/2004                                    Signature  **/s/ STEVEN J. FAHRNER**
                                                               *STEVEN J. FAHRNER*

Date  01/05/2004                                    Signature