UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re: | Bky. No. 04-40021 (RJK) |
| Steven J. Fahrner, | Chapter 7 Case |
| Debtor. | |

## NOTICE OF SALE AND SETTLEMENT

TO:   United States Trustee, all creditors and other parties in interest.

**NOTICE.** On May 28, 2004 or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned Trustee of the estate of the Debtor named above will sell property of the estate in settlement of a controversy as follows:

> The Trustee will sell to Seed Capital Group LLC the bankruptcy estate's interest in the internet domain names stemsandvines.com, stemsandvines.net and stemsandvines.org for the amount of $1,000.00. In addition, Seed Capital Group LLC will dismiss the lawsuit filed against the Debtor and will release any claims against the Debtor and bankruptcy estate related thereto.

> Trustee has received no other offers to purchase this Property and believes the sale of the Property, pursuant to the terms set forth herein, to be in the best interest of creditors.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be served on the undersigned Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the sale. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned Trustee moves the court for such orders as may be necessary and appropriate.

| Clerk | Office of the U.S. Trustee | Trustee |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | (see address below) |
| 301 U.S. Courthouse | 300 South Fourth Street | |
| 300 South Fourth Street | Minneapolis, MN  55415 | |
| Minneapolis, MN  55415 | | |

003828/240006/299741_1

Date: __May 3__, 2004          /e/ Dwight R. J. Lindquist
                               Dwight R. J. Lindquist, Trustee
                               1510 Rand Tower
                               527 Marquette Avenue
                               Minneapolis, MN 55402
                               612-332-8871  #63538

2

003828/240006/299741_1